**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TAMARA MICHELLE WADKINS-ROBERTS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-26-2921-CMS** |
| **FRANK J. BISIGNANO, Commissioner of Social Security Administration,** | ) | |
| **Defendant.** | ) | |

# ORDER

Plaintiff Tamara Michelle Wadkins-Roberts filed this action for judicial review of the denial of Social Security benefits and applied for leave to proceed *in forma pauperis*. On October 15, 2026, Magistrate Judge Chris M. Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 4) recommending that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied because Plaintiff has sufficient funds to prepay the $405.00 filing fee. *See* R. & R. at 3-4.

In the R. & R., Judge Stephens advised the parties of their right to object to the R. & R. by November 5, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

CONCLUSION

Accordingly, the Court ADOPTS the Report and Recommendation (Doc. No. 4) in its entirety.

Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is DENIED. Plaintiff is advised that unless she pays the $405.00 filing fee in full to the Clerk of the Court within 21 days of the date of this Order, or shows good cause for her failure to do so, this action shall be subject to dismissal without prejudice. *See* LCvR 3.3(e).

IT IS SO ORDERED this 19th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge